**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1297**

_____

GENE SURLES CORPENING,

Plaintiff - Appellant,

versus

LARRY LEDER; UNITED STATES OF AMERICA,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (5:05-cv-00024)

_____

Submitted: July 26, 2006         Decided: August 4, 2006

_____

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gene Surles Corpening, Appellant Pro Se. Robert Leslie Baker, Andrea R. Tebbets, Gretchen M. Wolfinger, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gene Surles Corpening appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corpening v. Leder, No. 5:05-cv-00024 (W.D.N.C. Feb. 10, 2006). We deny the pending motions for sanctions and Corpening's motion to stay the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED